# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERRY W. MILLS,
ADC #112594                                                           PLAINTIFF

v.                            5:18CV00182-JM-JTK

WENDY KELLEY, et al.                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint is DISMISSED without prejudice to his right to reassert his claim should his disciplinary be invalidated by a state tribunal or federal court.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 6th day of August, 2018.

                                                      JAMES M. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE